```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALBERT BELL,                                                 :
                                                             :   ORDER
                   Plaintiff,                                :   09 Civ. 7218 (PKC) (GWG)
                                                             :
         -v.-                                                :
                                                             :
                                                             :
WARDEN ANNA M. KROSS CENTER,                                 :
                   Defendant.                                :
-------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The pro se plaintiff in this matter has made an application for the Court to request counsel (see Docket # 5). Applying the factors set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), the Court denies the request on the ground that the application together with the other papers filed in this action do not at this time demonstrate that plaintiff's claim is likely to be of sufficient substance. In addition, the case is not of such a character that plaintiff will be completely unable to address relevant facts or deal with other issues that may be expected to be raised.

The Court will seek the appointment of counsel without further request by plaintiff if future review of this matter demonstrates that the appointment of counsel is warranted.

SO ORDERED.

Dated: October 14, 2009
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/14/09]

Copies to:

Albert Bell
78-B-1769
Great Meadow Corr. Facility
P.O. Box 51
Comstock, NY 12821